| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| PELLEGRINO & FELDSTEIN, LLC<br>Denville, Law Center<br>290 Route 46 West<br>Denville, New Jersey 07834<br>(973) 586-2300<br>ATTORNEYS FOR MOVANT: Millenium Trust Company, LLC as Custodian and Securities Intermediary for TLOA, of NJ, LLC and its Secured Creditor |
| IN RE:<br>Anthony L. Phillips |



Order Filed on June 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO. 19-28082-JNP

CHAPTER 13

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: June 29, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Anthony L. Phillips

Case No: 19-28082-JNP

Caption of Order: CONSENT ORDER


The parties have agreed that as to certain Tax Sales Certificate No. 15-01586 on premises known as 830 North 32nd Street, Camden, NJ, it is hereby

ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.


HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC


BY: /s/Deborah Feldstein                              BY: /s/Lee Perlman
DEBORAH FELDSTEIN, ESQ.                         LEE PERLMAN, ESQ.
ATTORNEY FOR                                            ATTORNEY FOR DEBTOR
Millenium Trust Company, LLC
as Custodian and Securities Intermediary
for TLOA of NJ, LLC and its Secured Creditor