Order Filed on November 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.** <br> Ross J. Switkes <br> 308 Harper Drive, Suite 200 <br> Moorestown, New Jersey 08057 <br> Telephone: (856) 662-0700 <br> Email: rswitkes@shermansilverstein.com <br> *Counsel for George Miller* | |
| In re: <br><br> ANTHONY L. PHILLIPS, <br><br> Debtor. | Case No.: 19-28082 (JNP) <br><br> Chapter 13 <br><br> Honorable Jerrold N. Poslusny, Jr., U.S.B.J. |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the follow page, numbered two (2), shall be and hereby is **ORDERED**.

**DATED: November 14, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

3473223.1

THIS MATTER having been brought before the Court by George Miller ("Miller"), by and through his undersigned counsel, upon the filing of an application (the "Application") in support of a consensual request of Miller and Anthony L. Phillips, chapter 13 debtor (the "Debtor") to vacate the automatic stay provisions under 11 U.S.C. § 362; and the Court having considered the Application; and the Court noting the consent of the parties to the relief set forth herein; and finding good cause for the entry of the within Consent Order;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The automatic stay be and hereby is vacated to permit Miller to resume and prosecute to conclusion the action pending in the Superior Court of New Jersey, Camden County, Chancery Division, bearing Docket No. C-73-23, to pursue Miller's rights in the real property located at 830 N. 32nd Street, Camden, NJ 08105.

2. The relief granted in this Order is effective immediately upon entry and the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001(a)(3) be and hereby is deemed waived.

The undersigned consent to the terms, conditions, and entry of this Consent Order, and represent that they have authority to execute same on behalf of their respective clients.

| | |
|---|---|
| **SHERMAN, SILVERSTEIN,** | **CHARLES M. IZZO** |
| **KOHL, ROSE & PODOLSKY, P.A.** | *Counsel for the Debtor* |
| *Counsel for George Miller* | |
| | |
| By: */s/ Ross J. Switkes* | By: */s/ Charles M. Izzo* |
| ROSS J. SWITKES | CHARLES M. IZZO |
| | |
| Dated: November 1, 2023 | Dated: November 1, 2023 |